**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WANDA MAXINE AARON, | No. C 16-00802 WHA |
| Debtor. | Bk. No. 14-40378 CN |
| _____/ | |
| WELLS FARGO BANK, N.A., | **ORDER OF REFERRAL TO** |
| Movant, | **DETERMINE WHETHER** |
|  v. | **CASES ARE RELATED** |
| WANDA MAXINE AARON, | |
| Respondent. | |
| _____/ | |

Pursuant to Civil L.R. 3-12(c), this case is hereby referred to the Honorable Lucy H. Koh to consider whether it is related to *Aaron v. Experian Information Solutions, Inc.*, No. 15-2951.

**IT IS SO ORDERED.**

Dated:    February 23, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE