United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>WANDA MAXINE AARON,<br><br>    Defendant. | Case No. 16-CV-00802-LHK<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

On February 24, 2016, the parties informed the Court that the parties had reached a settlement in the instant case and in the related case of *Aaron v. Experian Information Solutions, Inc., et al. ("Experian")*, No. 15-CV-02951-LHK. ECF No. 5. On February 25, 2016, the parties filed a stipulation in *Experian* that Defendant Wells Fargo Bank, N.A. ("Wells Fargo") "be dismissed from this action *with prejudice.*" ECF No. 73 in the *Experian* docket. That same day, the Court granted the stipulation and dismissed Wells Fargo from *Experian*. ECF No. 74 in the *Experian* docket. The parties have not filed a stipulation of dismissal in the instant case. The Court hereby ORDERS the parties to file a stipulation of dismissal in the instant case by March 7, 2016, if the parties have settled.

1

Case No. 16-CV-00802-LHK
ORDER RE STIPULATION OF DISMISSAL

**IT IS SO ORDERED.**

Dated: February 29, 2016

_____
LUCY H. KOH
United States District Judge